## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Laura Raquel Santos Fuentes,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-03009-PHX-AMM (JZB)

**ORDER**

Petitioner challenged her present immigration detention because she has been granted deferred action and  her detention is prohibited. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents do not oppose Petitioner's request release on bond at this time. (Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for release.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** as to her request for release. The remainder of the Petition is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two (2)** business days of Petitioner's release.

///

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 12th day of May, 2026.

Honorable Angela M. Martinez
United States District Judge